# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 21, 2021

Mr. Robert Lee McGlasson II
McGlasson Associates, P.C.
1706 McLendon Avenue, N.E.
Suite 3
Atlanta, GA 30307

Ms. Skyla Valentina Olds
819 Delaware Street
Berkeley, CA 94710

No. 18-70001   Alvarez v. Lumpkin
USDC No. 4:09-CV-3040

Dear Mr. McGlasson, and Ms. Olds,

In accordance with the court's order of this date, any further briefing must be limited to supplemental evidence and authorities. The parties' supplemental briefs are limited to 20 double-spaced pages each. Further petitioner must furnish this briefing within thirty days hereof, and the state must respond within twenty-one days. No further extensions will be granted. You can obtain a copy of our briefing checklist on the Fifth Circuit's website "http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/brchecklist". I

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Enclosure(s)

cc w/encl:
    Mr. Stephen M. Hoffman

Case No. 18-70001


Juan Carlos Alvarez,

    Petitioner - Appellant

v.

Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division,

    Respondent - Appellee