# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 18-70001   Alvarez v. Guerrero
                    USDC No. 4:09-CV-3040

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Casey A. Sullivan, Deputy Clerk
                            504-310-7642

Mr. Stephen M. Hoffman
Mr. Robert Lee McGlasson II
Mr. Nathan Ochsner