# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 18, 2026

Mr. Stephen M. Hoffman
Office of the Attorney General
Criminal Appeals Division
P.O. Box 12548
Austin, TX 78711-2548

Mr. Robert Lee McGlasson II
McGlasson Associates, P.C.
1706 McLendon Avenue, N.E.
Suite 3
Atlanta, GA 30307

    No. 18-70001   Alvarez v. Guerrero
                       USDC No. 4:09-CV-3040

Dear Mr. Hoffman, Mr. McGlasson,

The order issued this day denying the petitions for rehearing and rehearing en banc is being rescinded per direction from the court.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Casey A. Sullivan, Deputy Clerk
                            504-310-7642