# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 30, 2026

Lyle W. Cayce
Clerk

No. 18-70001

Juan Carlos Alvarez,

*Petitioner—Appellant*,

*versus*

Eric Guerrero, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CV-3040

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Elrod, *Chief Judge,* Jones, and Richman, *Circuit Judges.*

Per Curiam:

The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P.40 and 5th Cir. R.40), the petition for rehearing en banc is DENIED.

No. 18-70001

_____

*Judge James C. Ho, did not participate in the consideration of the rehearing en banc.